UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 C 3394 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| IVAN EBERHARDT | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                          Respectfully submitted,

                          PATRICK J. FITZGERALD
                        United States Attorney

By:   s/Amarjeet S. Bhachu
        AMARJEET S. BHACHU
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 469-6212

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

## ATTORNEY DESIGNATION

was served on June 18, 2008, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   s/Amarjeet S. Bhachu
        AMARJEET S. BHACHU
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 469-6212