**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United States of America
                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03394
　　　　　　　　　　　　　　　　　　　　　Honorable James B. Zagel

Ivan Eberhardt
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable James B. Zagel:Set deadlines to defendant's motion to vacate, set aside, or correct sentence under 28 USC 2255 [1]. Response due by 9/11/2008. Reply due by 10/9/2008. Ruling to be made by mail.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.